GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (415) 599-0880
lagre@glennagre.com
azitrin@glennagre.com

MᶜALLISTER OLIVARIUS
Jan "Honza" Červenka (SBN 344997)
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 433-3456
hcervenka@mcolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. STELLA SAFO, GERALDINE LLAMES, AMANDA MISITI and DR. EMILIE BRUZELIUS,<br><br>Plaintiffs,<br><br>vs.<br><br>DR. PRABHJOT SINGH, DR. DENNIS S. CHARNEY, BRUNO SILVA, and ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,<br><br>Defendants. | Misc. Case No.: 3:25-mc-80049<br><br>[S.D.N.Y Case No.: 1:19-cv-03779-VSB-JW]<br><br>**DELCARATION OF JAN "HONZA" ČERVENKA IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEPOSITION OF THIRD PARTY DR. SANDEEP KISHORE [FRCP 37]** |

I, Jan "Honza" Červenka, am a senior associate at the law firm of McAllister Olivarius and an active member of the State Bar of California. In that capacity, I am counsel for the Plaintiffs in the above-captioned matter. I am familiar with the facts of this case as represented in Plaintiffs'

Motion to Compel the Deposition of Third Party Dr. Sandeep Kishore, filed herewith. I state the following in support of that motion:

1. Fact discovery in this matter is set to close on February 28, 2025.

2. Attached as <u>Exhibit A</u> to this Declaration is a true and correct copy of Plaintiffs' Document Subpoena to Dr. Kishore, dated August 20, 2024, and Dr. Kishore's Responses and Objections to Plaintiff's Document Subpoena, dated August 29, 2024.

3. On September 27, 2024, I spoke via telephone with Dr. Kishore's counsel Daniel Allender wherein we discussed Plaintiffs' contemplated deposition subpoena to Dr. Kishore. Mr. Allender's response was that he was not yet authorized to accept service of that subpoena but requested a copy of the subpoena.

4. Attached as <u>Exhibit B</u> to this Declaration is a true and correct copy of Plaintiffs' subpoena commanding Dr. Kishore to provide deposition testimony, dated October 2, 2024 (the "Deposition Subpoena").

5. Attached as <u>Exhibit C</u> to this Declaration is a true and correct copy of my e-mail correspondence with Mr. Allender from October 2024 through February 2025, as reflected in Chart A of the Motion to Compel.

6. Plaintiffs' counsel has made approximately ten attempts to contact Mr. Allender via e-mail or telephone from October 2024 through February 2025, as reflected in Chart A of the Motion to Compel.

7. Plaintiffs' process server made six attempts to serve Dr. Kishore at his home address in October 2024, as reflected in Chart A of the Motion to Compel.

8. On October 9, 2024, Plaintiffs served the Deposition Subpoena on Dr. Kishore via U.S. Mail to his home address, including the requisite daily witness fee and travel fee.

9. Attached as <u>Exhibit D</u> to this Declaration is the Certificate of Service of the Deposition Subpoena.

10. Attached as <u>Exhibit E</u> to this Declaration is Plaintiffs' renewed subpoena to Dr.

DECLARATION OF JAN "HONZA" ČERVENKA ISO PLAINTIFFS' MOTION TO COMPEL
Misc. Case No.:
[S.D.N.Y Case No.: 1:19-cv-03779-VSB-JW]

1  Kishore to provide deposition testimony, dated February 24, 2025.

2      11.    Plaintiffs attempted to personally serve Dr. Kishore the renewed subpoena at his

3  work address on February 26, 2025 and February 27, 2025.

4      12.    All attempts at personal service of Dr. Kishore have failed.

5  DATED: February 27, 2025

6      By: /s/ Jan "Honza" Červenka

7      Jan "Honza" Červenka (SBN 344997)

- 3 -

DECLARATION OF JAN "HONZA" ČERVENKA ISO PLAINTIFFS' MOTION TO COMPEL
Misc. Case No.:
[S.D.N.Y Case No.: 1:19-cv-03779-VSB-JW]