UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAFO, *et al.*,

                    Plaintiffs,

          -against-

SINGH, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

                                **ORDER**

                        **25-MC-154 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' motion to compel the deposition of third-party Dr. Sandeep Kishore and subsequent briefing.  Dkt. Nos. 1, 6, 10.  In Dr. Kishore's opposition brief, he stated that "now that [he] is aware of the service attempts by Plaintiffs, his counsel has reached out to Plaintiffs' counsel to discuss scheduling a deposition."  Dkt. No. 6.

To that end, Plaintiffs and Dr. Kishore are directed to submit a joint letter, no more than three pages single-spaced, by **March 3, 2026,** informing the Court whether the deposition was conducted.  If the deposition was not held, Plaintiffs and Dr. Kishore are required to explain why.

    **The Clerk of Court is directed to close Dkt. No. 11.**

    SO ORDERED.

DATED:    New York, New York
           February 24, 2026

                              JENNIFER E. WILLIS
                             United States Magistrate Judge